**Order entered January 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

The Court **REINSTATES** the appeal.

On November 10, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We received appellant's brief, together with an extension motion, on January 7, 2015. Therefore, in the interest of expediting the appeal, we **VACATE** the November 10, 2014 order requiring findings.

We **GRANT** the January 7, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **DENY** appellant's December 9, 2014 pro se motion to file a supplemental brief. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).


/s/      LANA MYERS
          JUSTICE